**Order entered October 17, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00643-CV

**DENISE EDWARDS, INDIVIDUALLY AND AS NEXT FRIEND OF G.E., MINOR,**
Appellant

V.

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 90628.86**

## ORDER

We **REINSTATE** this appeal which we abated for settlement purposes on September 23, 2014. Appellant's October 15, 2014 motion to dismiss appeal will be determined separately.

/s/     ADA BROWN
JUSTICE